UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US Bank National Association, as Legal Title Trust for Trustee for Truman 2016, SC6 Title Trust,<br><br>      Plaintiff,<br><br>   v.<br><br>Linda Rose Expose,<br><br>      Defendant. | No. 2:21-cv-01055-KJM-JDP<br><br>ORDER |

The court recently remanded this action to Stanislaus County Superior Court and denied defendant's motion to proceed in forma pauperis. *See* Order (June 17, 2021), ECF No. 3. Now defendant, acting without counsel, filed objections to that order, which the court construes as a motion for reconsideration of its previous order. *See* ECF No. 4. Plaintiff appears to raise the same allegations as in her notice of removal. *See* ECF No. 1. She insists this court has jurisdiction, but nowhere does she provide a basis for this court's exercise of matter jurisdiction, *see generally id.* "An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." *Corral v. Select Portfolio Servicing, Inc.*, 878 F.3d 770, 775 n.2 (9th Cir. 2017). Because the court does not have jurisdiction to consider defendant's motion, it is **denied.**

This order resolves ECF No. 4.

DATED: July 15, 2021.

CHIEF UNITED STATES DISTRICT JUDGE